Amie L. Medley (State Bar No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEBRA MUSIC, HI MOM I DID IT MUSIC, REDFOO, LLC d/b/a YEAH BABY MUSIC, MORLEY MUSIC CO., and WB MUSIC CORP.<br><br>PLAINTIFF(S)<br>V.<br><br>FUZION MEET EAT PLAY, L.L.C. and KEELI S. LISACK,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:16-cv-00685-CJC-DFMx<br><br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>FUZION MEET EAT PLAY, L.L.C. and KEELI S. LISACK</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Amie L. Medley</u>, whose address is <u>777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 4/13/16              By: _____
                                 Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*